**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Liwei Cai,

Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A,

Defendants.

Case No.: 1:26-cv-07267

Honorable John J. Tharp, Jr

**PLAINTIFF'S SUPPLEMENTAL STATEMENT IN RESPONSE TO THE COURT'S MINUTE ORDER [18]**

Plaintiff respectfully submits this Supplemental Statement in response to the Court's Minute Order [18], which directed Plaintiff to supplement its Motion for Electronic Service [16] with proof that sales actually took place in Illinois.

The requested transaction evidence is already part of the record. Plaintiff previously filed the relevant order details at Docket [11]. For each Defendant, the records identify the applicable Defendant Online Store and accused product, reflect an order placed for delivery to an Illinois address, and confirm that payment was accepted for the order. To facilitate the Court's review, Plaintiff has attached the relevant excerpts below.




The evidence goes materially beyond the checkout-page screenshots found insufficient in *Liu v. Monthly*, 170 F.4th 109, 113–14 (7th Cir. 2026). In *Liu*, the screenshots showed only a Chicago shipping address and an estimated total; they did not establish that the purchase was completed. Here, by contrast, the order details identify the applicable Defendant Online Store and accused product, show an Illinois delivery address, and confirm that payment was accepted for each order. The records therefore establish completed sales directed to Illinois—not merely that transactions were possible or that Defendants' online stores were capable of accepting orders from Illinois.

Plaintiff respectfully submits that these records demonstrate that the relevant sales actually occurred and requests that the Court grant Plaintiff's Motion for Electronic Service [16].

DATED: August 6, 2026

Respectfully submitted,

*/s/ Qin Zhuang*
Qin Zhuang
870 Sunset Ave, Haworth, NJ 07641
201-905-4195

zhuangqin@zhuangip.com
***Counsel for Plaintiff***