**Service of Process by Email – Cai v. The Partnerships et al., No. 1:26-cv-7267**

**archive@xkey.law**
发给 litigation
2026-08-11 14:00 隐藏信息

发件人: archive@xkey.law<archive@xkey.law>
收件人: litigation<litigation@xkey.law>
密送: wanglixun2026<wanglixun2026@outlook.com>, sxwbdq123<sxwbdq123@outlook.com>,
bingfues<bingfues@outlook.com>, sunnyday2026<sunnyday2026@163.com>,
xuansufhz3<xuansufhz3@hotmail.com>, zensu85492<zensu85492@hotmail.com>,
zhuanshubm1280<zhuanshubm1280@hotmail.com>, pengeng445<pengeng445@163.com>,
linleimina6464<linleimina6464@163.com>, mzp705<mzp705@outlook.com>,
dawn814mist<dawn814mist@163.com>, sulewq<sulewq@163.com>,
yanghailong0614<yanghailong0614@outlook.com>,
luchangfa19800203<luchangfa19800203@outlook.com>, jinkhia<jinkhia@163.com>,
zougcx706<zougcx706@163.com>, pushikuan188204<pushikuan188204@163.com>,
yt4150118611<yt4150118611@163.com>, magehan3647<magehan3647@163.com>,
facahxmm<facahxmm@163.com>, loxi00vimin<loxi00vimin@outlook.com>,
sabureng<sabureng@163.com>, apuqbvryu<apuqbvryu@outlook.com>,
ksdamazon2021<ksdamazon2021@163.com>,
xiechangdanguangzhoumaoyi<xiechangdanguangzhoumaoyi@outlook.com>,
ycc886864<ycc886864@163.com>, zhangyufei56789<zhangyufei56789@outlook.com>,
hx15673361347<hx15673361347@163.com>,
wufuqiang19740707<wufuqiang19740707@outlook.com>,
wubaoyi2026<wubaoyi2026@outlook.com>,
mengzheng198271<mengzheng198271@outlook.com>,
zhouwuxian197421<zhouwuxian197421@outlook.com>,
18337360070<18337360070@163.com>, 13394839146<13394839146@163.com>,
glsoviks<glsoviks@163.com>
时间: 2026年8月11日 (周二) 14:00
大小: 5 KB

Hello,

This email provides formal notice of the following lawsuit and constitutes service of process pursuant to the Court's Order authorizing service on foreign defendants by email.
You are receiving this email because you are identified as a Defendant in Schedule A to the Complaint and Schedule B to the Court's Order authorizing service by email.
Case Information

Plaintiff: Cai Liwei
Defendants: The Partnerships and Unincorporated Associations Identified on Schedule A
Court: United States District Court for the Northern District of Illinois
Case No.: 26-cv-7267

The following documents being served on you may be accessed and downloaded at:
http://lawsuits.lzxkJ888.cn/26-cv-7267

Summons
Complaint and its exhibits, including Schedule A
Court Order authorizing service by email

If you are unable to access or download these documents, please reply to this email, and copies will be provided to you directly.

Within twenty-one (21) days after service of the Summons on you—not counting the day you received it—you must serve on Plaintiff an answer to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. You must also file your answer or motion with the Court. If you fail to respond, a judgment by default may be entered against you for the relief demanded in the Complaint.

If you have questions regarding this lawsuit, you should promptly consult an attorney licensed to practice law in the United States.

Sincerely,
Xkey Law Inc
Sent on behalf of Cai Liwei