# Schedule B

| No. | Store Name | Email Address |
|---|---|---|
| 1 | EclatStore256 | wanglixun2026@outlook.com |
| 2 | EclatStore772 | sxwbdq123@outlook.com |
| 3 | EclatStore809 | bingfues@outlook.com |
| 4 | EclatStore175 | sunnyday2026@163.com |
| 5 | EclatStore174 | xuansufhz3@hotmail.com |
| 6 | EclatStore631 | zensu85492@hotmail.com |
| 7 | EclatStore985 | zhuanshubm1280@hotmail.com |
| 8 | EclatStore472 | pengeng445@163.com |
| 9 | EclatStore581 | linleimina6464@163.com |
| 10 | EclatStore867 | mzp705@outlook.com |
| 11 | EclatStore045 | dawn814mist@163.com |
| 12 | EclatStore071 | sulewq@163.com |
| 13 | EclatStore295 | yanghailong0614@outlook.com |
| 14 | EclatStore437 | luchangfa19800203@outlook.com |
| 15 | EclatStore506 | jinkhia@163.com |
| 16 | EclatStore883 | zougcx706@163.com |
| 17 | EclatStore617 | pushikuan188204@163.com |
| 18 | FUNALI | yt4150118611@163.com |
| 19 | FEIFANDE | magehan3647@163.com |
| 20 | FashionistaMe | facahxmm@163.com |
| 21 | fujianquanzhouxingwuzhuangshizhuangxiuyouxianzerengongsi | loxi00vimin@outlook.com |
| 22 | GuhdeED | sabureng@163.com |
| 23 | gen69 | apuqbvryu@outlook.com |
| 24 | GYEN Store | ksdamazon2021@163.com |
| 25 | guangzhouxuanyunmaoyiyouxiangongsi | xiechangdanguangzhoumaoyi@outlook.com |
| 26 | GrandMann | ycc886864@163.com |
| 27 | Guangzhouxinbenshop | zhangyufei56789@outlook.com |
| 28 | HONGXUN | hx15673361347@163.com |
| 29 | henanjinyushiyeyouxiangongsi | wufuqiang19740707@outlook.com |
| 30 | huiminxianbaoyijixieshebeizulinyouxia | wubaoyi2026@outlook.com |
| 31 | HAHALLO | mengzheng198271@outlook.com |
| 32 | happoyi | zhouwuxian197421@outlook.com |
| 33 | HUILANWANG | 18337360070@163.com |
| 34 | haoranshang | 13394839146@163.com |
| 35 | huisuanqing | glsoviks@163.com |